**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:                                                      Bk. No. 13-11089-BAH
                                                            Chapter  13
Jeffrey S. Ayers,
                    Debtor(s)


**ORDER OF THE COURT - MOTION FOR RELIEF**

Hearing Date:        09/05/2018 10:00 am


Nature of Proceeding:        **Doc# 49 Motion for Relief from Stay Filed by Creditor Federal National Mortgage Association**

Outcome of Hearing:

DENIED AS MOOT


IT IS SO ORDERED:


 /s/  Bruce A. Harwood        Dated:   09/05/2018 10:00 am
Bruce A. Harwood
Chief Judge